B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Ft. Myers Division

In re  Cornerstone Grove, LLC  
                    Debtor(s)

Case No. _____  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| M&M Nurseries, Inc<br>8098 Picos Road<br>Fort Pierce, FL 34945 | M&M Nurseries, Inc<br>8098 Picos Road<br>Fort Pierce, FL 34945 | | Disputed | 19,976.00 |
| Florida Citrus Services<br>P.O. Box 295<br>Arcadia, FL 34265 | Florida Citrus Services<br>P.O. Box 295<br>Arcadia, FL 34265 | | Disputed | 13,868.50 |
| Harvey's Caretaking, Inc.<br>P.O. Box 1648<br>Winter Haven, FL 33882-1648 | Harvey's Caretaking, Inc.<br>P.O. Box 1648<br>Winter Haven, FL 33882-1648 | | Disputed | 11,700.00 |
| M&W Citrus Tree Removal, Inc.<br>4551 Ft. Simmons Ave.<br>Labelle, FL 33935 | M&W Citrus Tree Removal, Inc.<br>4551 Ft. Simmons Ave.<br>Labelle, FL 33935 | | Disputed | 7,664.00 |
| GAG, Inc,<br>P.O. Box 1007<br>Lake Placid, FL 33862-1007 | GAG, Inc,<br>P.O. Box 1007<br>Lake Placid, FL 33862-1007 | | Disputed | 4,998.80 |
| Bayne Spreader Service, Inc.<br>6142 Lake Emma Road<br>Groveland, FL 34736 | Bayne Spreader Service, Inc.<br>6142 Lake Emma Road<br>Groveland, FL 34736 | | Disputed | 2,850.00 |
| Markham Norton Mosteller Wright & Co., P.A.<br>8961 Conference Drive, Suite 1<br>Fort Myers, FL 33919 | Markham Norton Mosteller Wright & Co., P.A.<br>8961 Conference Drive, Suite 1<br>Fort Myers, FL 33919 | | Disputed | 2,804.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re   **Cornerstone Grove, LLC**                                Case No. _____
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   10/31/14                     Signature   /s/ Darol H.M. Carr
                                                Darol H.M. Carr
                                                Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.